IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD

| | | |
|---|---|---|
| IVAN ROBBINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.:  12-cv-03166-RM-BGC |
| SOUTHERN ILLINOIS UNIVERSITY, | ) ) ) | |
| Defendant. | ) ) | |

**<u>MOTION FOR REASONABLE COSTS</u>**

Plaintiff, by his *pro bono* appointed Counsel, Douglas J. Quivey of Londrigan, Potter, & Randle, P.C. moves for payment of reasonable costs from the District Court Fund and in support states as follows:

1.  On, July 11, 2012, Counsel was appointed *pro bono* to represent Ivan Robbins in the above captioned case.

2.  On, August 9, 2012, the case was successfully resolved and voluntarily dismissed.

3.  Counsel is waiving reimbursement of attorney's fees and only seeks $55.00 reimbursement of costs.

4.  Enclosed as Exhibit A is the Request for Payment from the District Court Fund Voucher.

5.  Enclosed as Exhibit B are counsel's time and expense records.

WHEREFORE Plaintiff's Counsel prays that he be reimbursed $55.00 for costs from the District Court Fund.

Respectfully submitted,

By:    /s/ Douglas J. Quivey
Douglas J. Quivey, Bar Number: 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South Seventh Street
P.O. Box 399
Springfield, IL 62705
Telephone: (217) 544-9823
Fax: (217) 544-9826
doug@lprpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

Thomas H. Wilson
thw@heplerbroom.com

   /s/ Douglas J. Quivey
Douglas J. Quivey: 6225888
Attorney for Plaintiff
LONDRIGAN, POTTER & RANDLE, P.C.
1227 South 7th Street
P.O. Box 399
Springfield, Illinois 62705
Telephone: (217) 544-9823
Fax: (217)544-9826
E-Mail: doug@lprpc.com